Fill in this information to identify the case:

Debtor name: **Carbon IQ, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cincinnati Bengals** 1 Paycor Stadium Cincinnati, OH 45202 | | breach of contract | | | | $1,700,000.00 |
| **Cooley LLP** 1333 2nd Street #400 Santa Monica, CA 90401 | | attorney fees | | | | $15,000.00 |
| **Internal Revenue Service** P O Box 7346 Philadelphia, PA 19101-7346 | | taxes | | | | Unknown |
| **Kevin Kelley** 10730 Stubbs Lane Culver City, CA 90230 | | services | | | | $16,244.49 |
| **River City Virtual Assistants** 3636 S. Woodland Circle Quinton, VA 23141 | | services | | | | $4,920.00 |
| **SP Parking** PO Box 74007568 Chicago, IL 60674 | | parking | | | | $920.00 |
| **State of Deleware** 820 N. French Street Wilmington, DE 19801 | | taxes | | | | Unknown |
| **State of Ohio Department of Taxation** Attn: Bankruptcy Division P O Box 530 Columbus, OH 43216 | | taxes | | | | Unknown |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor   **Carbon IQ, Inc.**_____   Case number *(if known)* _____
         Name