| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Carbon IQ, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | **1:22-bk-12076** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **December 14, 2022** | X **/s/ Nicholas DeLuca** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |

**Nicholas DeLuca**
Printed name

**Board Member**
Position or relationship to debtor

Official Form 202                          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **Carbon IQ, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) **1:22-bk-12076**

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Carbon IQ, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known): **1:22-bk-12076**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**City and County of Denver**<br>**Dept. Of Finance**<br>**Wellington Webb Building**<br>**201 W. Colfax Avenue**<br>**Denver, CO 80202**<br><br>Date or dates debt was incurred<br>**2021-2022**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | Unknown | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Colorado Department of Labor and Employm**<br>**Division of Unemployment Insurance**<br>**Attn: Employer Services**<br>**PO Box 8789**<br>**Denver, CO 80201**<br><br>Date or dates debt was incurred<br>**2021-2022**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | Unknown | $0.00 |

| Debtor | Carbon IQ, Inc. | Case number (if known) | 1:22-bk-12076 |
|---|---|---|---|
| | Name | | |

---

**2.3** Priority creditor's name and mailing address
**Department of Labor State of Washington**
**Labor and Industries**
**PO Box 34022**
**Seattle, WA 98124**

Date or dates debt was incurred
**2021-2022**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown  $0.00

---

**2.4** Priority creditor's name and mailing address
**District of Columia**
**Unempployment Services**
**4058 Minnesota Ave NE**
**Washington, DC 20019**

Date or dates debt was incurred
**2021-2022**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown  $0.00

---

**2.5** Priority creditor's name and mailing address
**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred
**2020-2022**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**941 taxes**

Is the claim subject to offset?
■ No
☐ Yes

$105,772.00  Unknown

---

**2.6** Priority creditor's name and mailing address
**North Carolina Dept. of Commerce**
**PO Box 26504**
**Raleigh, NC 27611**

Date or dates debt was incurred
**2021-2022**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown  $0.00

---

| Debtor | Carbon IQ, Inc. | Case number (if known) | 1:22-bk-12076 |
|---|---|---|---|
| | Name | | |

### 2.7

**Priority creditor's name and mailing address**
State of Deleware
820 N. French Street
Wilmington, DE 19801

**Date or dates debt was incurred**
2020-2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
taxes

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

### 2.8

**Priority creditor's name and mailing address**
State of Ohio
Department of Taxation
Attn: Bankruptcy Division
P O Box 530
Columbus, OH 43216

**Date or dates debt was incurred**
2020-2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
taxes

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1

**Nonpriority creditor's name and mailing address**
Amplitude
201 3rd Street #200
San Francisco, CA 94103

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service

Is the claim subject to offset?  ■ No  ☐ Yes

$36,275.00

### 3.2

**Nonpriority creditor's name and mailing address**
Cintrifuse
1311 Vine STreet
Cincinnati, OH 45244

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** rental space

Is the claim subject to offset?  ■ No  ☐ Yes

$1,300.00

### 3.3

**Nonpriority creditor's name and mailing address**
Cooley LLP
1333 2nd Street #400
Santa Monica, CA 90401

**Date(s) debt was incurred** current

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** attorney fees

Is the claim subject to offset?  ■ No  ☐ Yes

$15,000.00

---

| Debtor | Carbon IQ, Inc. | Case number (if known) | 1:22-bk-12076 |
|---|---|---|---|
| | Name | | |

---

**3.4** **Nonpriority creditor's name and mailing address**
Fraruki
110 North Main #1600
Dayton, OH 45402

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **attorney fees**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5** **Nonpriority creditor's name and mailing address**
Jason Gould
91 Cranmoor Drive
Toms River, NJ 08753

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **potential indemnity claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6** **Nonpriority creditor's name and mailing address**
Justin Boisvert
c/o Russell Selmont
9401 Wilshire Blvd Ninth Floor
Beverly Hills, CA 90212-2974

Date(s) debt was incurred **2022**
Last 4 digits of account number **3303**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **potential claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7** **Nonpriority creditor's name and mailing address**
Kevin Kelley
10730 Stubbs Lane
Culver City, CA 90230

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,244.49**

---

**3.8** **Nonpriority creditor's name and mailing address**
King Sixteen
1417 N. Beach Street
Ormond Beach, FL 32174

Date(s) debt was incurred **6/2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$82,465.00**

---

**3.9** **Nonpriority creditor's name and mailing address**
Mercer Commons Garage
5 Mercer Street
Cincinnati, OH 45202

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **parking**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.10** **Nonpriority creditor's name and mailing address**
River City Virtual Assistants
3636 S. Woodland Circle
Quinton, VA 23141

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,920.00**

---

| Debtor | Carbon IQ, Inc. | Case number (if known) | 1:22-bk-12076 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>SP Parking<br>PO Box 74007568<br>Chicago, IL 60674<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** parking<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **$920.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>The Cincinnati Bengals, Inc.<br>1 Paycor Stadium<br>Cincinnati, OH 45202<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** breach of contract<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **$1,700,000.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Toptal<br>2810 N Church Street #36879<br>Wilmington, DE 19802<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** services<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **$1,980.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Transperfect Legal<br>Attn: Accts Receivable<br>1250 Broadway, 32nd Floor<br>New York, NY 10001<br><br>Date(s) debt was incurred **9/2022**<br>Last 4 digits of account number **1464** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** litigation support<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **$10,301.00** |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Beckman Weil Shepardson, LLC<br>895 Central Avenue #300<br>Cincinnati, OH 45202 | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Deleware Attorney General<br>820 N. French Street<br>Wilmington, DE 19801 | Line **2.7**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | District Director of IRS<br>P O Box 1706<br>Louisville, KY 70201 | Line **2.5**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Employment Security Department<br>PO Box 9046<br>Olympia, WA 98507 | Line **2.3**<br>☐ Not listed. Explain ____ | __ |

| Debtor | Carbon IQ, Inc. | Case number (if known) | 1:22-bk-12076 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Fraruki**<br>**201 E. 5th Street**<br>**Cincinnati, OH 45202** | Line __3.4__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Ohio Attorney General**<br>**30 E Broad Street**<br>**14th Floor**<br>**Columbus, OH 43215** | Line __2.8__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **US Attorney**<br>**221 East Fourth Street**<br>**Suite 400**<br>**Cincinnati, OH 45202** | Line __2.5__<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 105,772.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,869,705.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,975,477.49 |